# EXHIBIT A



https://www.deluxeforms.com/csm101?dbfmktop=7760036&dbfregion=1671608&dbfpageId=3336025&dbforderhandle=3313677&dbftamera=49083974525883&dbfsection=131902674367658133125834, visited October 31, 2011.