# EXHIBIT C

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2011-10-31 11:50:42 ET

**Serial Number:** 76345701 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2656302

**Mark (words only):** AVANT GARDE

**Standard Character claim:** No

**Current Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Date of Status:** 2008-06-20

**Filing Date:** 2001-12-06

**Transformed into a National Application:** No

**Registration Date:** 2002-12-03

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2008-06-20

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. International Typeface Corporation

**Address:**
International Typeface Corporation
985 Busse Road
Elk Grove Village, IL 600072400
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York
**Phone Number:** 847-718-0400
**Fax Number:** 847-718-0500

---

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
computer software for use in displaying and printing digital typeface designs and typographic ornaments
**Basis:** 1(a)
**First Use Date:** 2001-11-06
**First Use in Commerce Date:** 2001-11-06

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
1159933
1282388
1289998

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-08-24 - Assignment Of Ownership Not Updated Automatically

2008-09-29 - TEAS Change Of Correspondence Received

2008-06-20 - Section 8 (6-year) accepted & Section 15 acknowledged

2008-06-19 - Case File In TICRS

2008-05-22 - Assigned To Paralegal

2008-05-13 - Section 8 (6-year) and Section 15 Filed

2008-05-13 - PAPER RECEIVED

2007-10-24 - Assignment Of Ownership Not Updated Automatically

2002-12-03 - Registered - Principal Register

2002-09-10 - Published for opposition

2002-08-21 - Notice of publication

2002-04-25 - Approved for Pub - Principal Register (Initial exam)

2002-04-03 - Communication received from applicant

2002-03-25 - Communication received from applicant

2002-03-25 - PAPER RECEIVED

2002-03-13 - Non-final action mailed

2002-03-06 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
THEODORE A. BREINER

**Correspondent**
THEODORE A. BREINER
Breiner & Breiner, L.L.C.
P.O. Box 320160
Alexandria VA 22320-0160
Phone Number: 703-684-6885
Fax Number: 703-684-8206

---

NOV. 7. 2011  1:16PM   (2)-FISH&RICHARDSON_6175428906              NO. 9227   P. 2

**TM**
**SM**

## The Commonwealth of Massachusetts
### William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

Filing Fee $50.00 per class
5 year registration period

FORM MUST BE TYPED   **Trademark / Service Mark Application**   FORM MUST BE TYPED
(General Laws Chapter 110H, Section 3)

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____

Business address: _____
                     Number                Street

_____
      City             State          Zip

or

b) Business Organization: International Typeface Corporation

Business address:  500        Unicorn Park Drive
                   Number          Street

                   Woburn         MA          01801
                   City           State        Zip

(2) If applicant is a business, identify type (check box), and if applicable, state and date of organization:

MA SOC  Registration Number: 74469   ☑ corporation   ☐ limited liability company   ☐ limited partnership   ☐ partnership   ☐ sole proprietor
☐ other _____
                                    (indicate entity type)

a) State of incorporation or organization: New York   b) Date of incorporation or organization: 05/20/1970

(3) If applicant is a partnership, state the names of the general partners:

(4) Applicant is seeking to register (check box):

☑ Trademark        ☐ Service Mark

(5) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

AVANT GARDE

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

(6) Describe briefly the goods or services used in connection with the mark:

Computer software for use in displaying and printing digital typeface designs, fonts and typographic ornaments

(7) For each class provide the number and class in which such goods or services fall (see attached classification schedule): *(An application may include multiple classes)*

09

(8) Describe briefly how the mark is used in connection with such goods or services:

a) The mark is used by displaying it (check box):

☑ on documents, wrappers, or articles delivered with the goods
☐ in advertisements of the services
☐ in connection with the services rendered
☑ other

b) If other, describe briefly how the mark is used:

on website from which software is purchased

(9) The trademark or service-mark has been used by the applicant, or the applicant's predecessor in business, since

_____ 11/06/2001 _____ and in the Commonwealth of Massachusetts since____ 12/31/2005 _____

_(month, day, year)_  _(month, day, year)_
_(If first use of the mark anywhere was in Massachusetts, use the same date for both.)._

(10) a) Has the applicant or predecessor in interest filed an application for the same mark or portions of the same mark with the U.S. Patent and Trademark Office? ☑ Yes  ☐ No

b) If yes, for each application, provide (using additional pages if necessary):

Filing date _____ 12/26/2001 _____ and serial number __76/345701 (Additional Page Attached)__ .

_(month, day, year)_

c) What is the status of the application (check box)?   ☐ awaiting examination   ☐ refusal (office action) issued
☐ approved for publication   ☑ registered
☐ abandoned/withdrawn

d) If finally refused, or not resulted in a registration, give reason: _____

(11) Attach a sample showing the mark as actively used. The sample specimen may not be larger than 3" x 3".

: Avant Garde ·

The applicant is the owner of the mark. The mark is in use, and, to the knowledge of the person verifying the application, no other person has registered, either federally or in this state, or has the right to use such mark either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive.

I, _____ Janet Dunlap, General Counsel _____ , state that I am the applicant or a lawfully authorized

_(Name of Applicant / Authorized Representative)_

representative of the applicant and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ November 2, 2011 _____

_(Month, Day, Year)_

Signature: _____

(9) The trademark or service-mark has been used by the applicant, or the applicant's predecessor in business, since

_____11/06/2001_____ and in the Commonwealth of Massachusetts since _____12/31/2005_____
   *(month, day, year)*                                                                                                    *(month, day, year)*
*(If first use of the mark anywhere was in Massachusetts, use the same date for both).*

(10) a) Has the applicant or predecessor in interest filed an application for the same mark or portions of the same mark with the U.S. Patent and Trademark Office?  ☑ Yes  ☐ No

b) If yes, for each application, provide (using additional pages if necessary):

Filing date _____02/23/1979_____ and serial number _____73/204752_____ .
                         *(month, day, year)*

c) What is the status of the application (check box)?     ☐ awaiting examination          ☐ refusal (office action) issued
                                                          ☐ approved for publication      ☑ registered
                                                          ☐ abandoned/withdrawn

d) If finally refused, or not resulted in a registration, give reason: _____ .

(11) Attach a sample showing the mark as actively used. The sample specimen may not be larger than 3" x 3".

The applicant is the owner of the mark. The mark is in use, and, to the knowledge of the person verifying the application, no other person has registered, either federally or in this state, or has the right to use such mark either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive.

I, _____Janet Dunlap, General Counsel_____, state that I am the applicant or a lawfully authorized
        *(Name of Applicant / Authorized Representative)*

representative of the applicant and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____November 2, 2011_____
                         *(Month, Day, Year)*

Signature: _____[signature: Janet Dunlap]_____

MA SOC    Registration Number: 74469     Date: 11/07/2011

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
## Trademark / Service Mark Application
### (General Laws Chapter 110H)

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*
on:

November 07, 2011

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108