# EXHIBIT D

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-10-31 09:58:29 ET

**Serial Number:** 76383297   Assignment Information          Trademark Document Retrieval

**Registration Number:** 2788114

**Mark (words only):** ZAPF CHANCERY

**Standard Character claim:** No

**Current Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Date of Status:** 2009-04-19

**Filing Date:** 2002-03-14

**Transformed into a National Application:** No

**Registration Date:** 2003-12-02

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2009-04-19

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. International Typeface Corporation

**Address:**
International Typeface Corporation
500 UNICORN PARK DRIVE
WOBURN, MA 01801
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York
**Phone Number:** 847-718-0400
**Fax Number:** 847-718-0500

---

### GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer software for use in displaying and printing digital typeface designs and typographic ornaments
**Basis:** 1(a)
**First Use Date:** 1997-12-31
**First Use in Commerce Date:** 1997-12-31

## ADDITIONAL INFORMATION

**Disclaimer:** "ZAPF"

**Name Portrait Consent:** The name "ZAPF" identifies a living individual whose consent is of record.

**Prior Registration Number(s):**
1282391

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-08-24 - Assignment Of Ownership Not Updated Automatically

2009-04-19 - Section 8 (6-year) accepted & Section 15 acknowledged

2009-04-08 - Section 8 (6-year) and Section 15 Filed

2009-04-16 - Assigned To Paralegal

2009-04-08 - PAPER RECEIVED

2007-10-24 - Assignment Of Ownership Not Updated Automatically

2003-12-02 - Registered - Principal Register

2003-09-09 - Published for opposition

2003-08-20 - Notice of publication

2003-07-07 - Approved for Pub - Principal Register (Initial exam)

2003-05-23 - Communication received from applicant

2003-06-13 - Case File In TICRS

2003-05-23 - PAPER RECEIVED

2003-01-30 - Non-final action mailed

2003-01-13 - Communication received from applicant

2003-01-13 - PAPER RECEIVED

2002-12-17 - Assigned To Examiner

2002-07-26 - Non-final action mailed

2002-07-10 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Theodore A. Breiner

**Correspondent**
THEODORE A BREINER
BREINER & BREINER
115 N HENRY ST
POST OFFICE BOX 320160
ALEXANDRIA, VA 22320-0160
Phone Number: 703-684-6885
Fax Number: 703-684-8206

Filing Fee $50.00 per class
5 year registration period

**TM**
**SM**

# The Commonwealth of Massachusetts
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED     **Trademark / Service Mark Application**     FORM MUST BE TYPED
(General Laws Chapter 110H, Section 3)

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____
                  Last           First           Middle

Business address: _____
                   Number              Street

_____
City                  State           Zip

or

b) Business Organization: International Typeface Corporation

Business address:  500        Unicorn Park Drive
                  Number              Street

                  Woburn              MA              01801
                  City                State           Zip

(2) If applicant is a business, identify type (check box), and if applicable, state and date of organization:

☑ corporation   ☐ limited liability company   ☐ limited partnership   ☐ partnership   ☐ sole proprietor

MA SOC  Registration Number: 74470   Date: 11/07/2011

☐ other _____
                (Indicate entity type)

a) State of Incorporation or organization: New York    b) Date of incorporation or organization: 05/20/1970

(3) If applicant is a partnership, state the names of the general partners:

a110h3 10/28/06

(4) Applicant is seeking to register (check box):

☑ Trademark      ☐ Service Mark

(5) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):
ZAPF CHANCERY

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

(6) Describe briefly the goods or services used in connection with the mark:
Computer software for use in displaying and printing digital typeface designs, fonts and typographic ornaments

(7) For each class provide the number and class in which such goods or services fall (see attached classification schedule): *(An application may include multiple classes)*
09

(8) Describe briefly how the mark is used in connection with such goods or services:

a) The mark is used by displaying it (check box):

☑ on documents, wrappers, or articles delivered with the goods
☐ in advertisements of the services
☐ in connection with the services rendered
☑ other

b) If other, describe briefly how the mark is used:

on website from which software is purchased

(9) The trademark or service-mark has been used by the applicant, or the applicant's predecessor in business, since

___12/31/1997___, and in the Commonwealth of Massachusetts since ___12/31/2005___.
*(month, day, year)* *(month, day, year)*
*(If first use of the mark anywhere was in Massachusetts, use the same date for both.).*

(10) a) Has the applicant or predecessor in interest filed an application for the same mark or portions of the same mark with the U.S. Patent and Trademark Office? ☑ Yes ☐ No

b) If yes, for each application, provide (using additional pages if necessary):

Filing date ___03/14/2002___ and serial number ___76/383297___.
*(month, day, year)*

c) What is the status of the application (check box)?  ☐ awaiting examination   ☐ refusal (office action) issued
☐ approved for publication   ☑ registered
☐ abandoned/withdrawn

d) If finally refused, or not resulted in a registration, give reason: _____

(11) Attach a sample showing the mark as actively used. The sample specimen may not be larger than 3" x 3".

⊂ Zapf Chancery®

The applicant is the owner of the mark. The mark is in use, and, to the knowledge of the person verifying the application, no other person has registered, either federally or in this state, or has the right to use such mark either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive.

I, ___Janet Dunlap, General Counsel___, state that I am the applicant or a lawfully authorized
*(Name of Applicant / Authorized Representative)*

representative of the applicant and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: ___November 2, 2011___
*(Month, Day, Year)*

Signature: *[signature]*

MA SOC   Registration Number: 74470   Date: 11/07/2011

# COMMONWEALTH OF MASSACHUSETTS
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
## Trademark / Service Mark Application
(General Laws Chapter 110H)

Registered with

*[signature]*

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*
on:

November 07, 2011

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108