# EXHIBIT G

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2011-10-31 10:02:35 ET

**Serial Number:** 78663604 Assignment Information        Trademark Document Retrieval

**Registration Number:** 3224030

**Mark**

New Century Schoolbook

**(words only):** NEW CENTURY SCHOOLBOOK

**Standard Character claim:** Yes

**Current Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Date of Status:** 2007-04-03

**Filing Date:** 2005-07-05

**Transformed into a National Application:** No

**Registration Date:** 2007-04-03

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-04-03

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MONOTYPE IMAGING GERMANY GMBH

**Address:**
MONOTYPE IMAGING GERMANY GMBH

DU-PONT-STRASSE 1
BAD HOMBURG V.D.H. 61352
Fed Rep Germany
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** Fed Rep Germany

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Software for creating typographical characters; typographical characters stored on data carriers; data carriers containing digitally stored typographical characters; and downloadable digitized printing fonts
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Foreign Application Number:** 004266896
**Foreign Registration Number:** 004266896
**Foreign Registration Date:** 2006-03-21
**Country:** Erpn Cmnty TM Ofc
**Foreign Filing Date:** 2005-02-02
**Foreign Expiration Date:** 2015-02-02

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-04-03 - Registered - Principal Register

2007-01-17 - Assignment Of Ownership Not Updated Automatically

2007-01-16 - Published for opposition

2006-12-27 - Notice of publication

2006-12-01 - Law Office Publication Review Completed

2006-12-01 - Assigned To LIE

2006-11-22 - Automatic Update Of Assignment Of Ownership

2006-11-14 - Approved for Pub - Principal Register (Initial exam)

2006-10-24 - Amendment From Applicant Entered

2006-08-22 - Communication received from applicant

2006-10-12 - TEAS Change Of Correspondence Received

2006-08-22 - PAPER RECEIVED

2006-06-06 - LETTER OF SUSPENSION E-MAILED

2006-06-06 - Suspension Letter Written

2006-05-04 - Amendment From Applicant Entered

2006-04-03 - Communication received from applicant

2006-04-03 - PAPER RECEIVED

2006-01-25 - Non-final action e-mailed

2006-01-25 - Non-Final Action Written

2006-01-25 - Assigned To Examiner

2005-07-08 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
THEODORE A. BREINER

**Correspondent**
THEODORE A. BREINER
BREINER & BREINER, L.L.C.
P.O. BOX 19290
ALEXANDRIA VA 22320-0290
Phone Number: 703-684-6885
Fax Number: 703-684-8206

**Domestic Representative**
Ralph E. Locher
Phone Number: 954-925-1100
Fax Number: 954-925-1101

NOV. 3. 2011  2:48PM      (1) FISHRICHARDSON16175428906                NO. 4998   P. 2



Filing Fee $50.00 per class
5 year registration period

# The Commonwealth of Massachusetts
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED

## Trademark / Service Mark Application
(General Laws Chapter 110H, Section 3)

FORM MUST BE TYPED

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____
               *Last*            *First*           *Middle*

Business address: _____
                  *Number*              *Street*

                  _____
                  *City*                *State*         *Zip*

or

b) Business Organization: Linotype GmbH _____

Business address: _____ Werner-Reimers-Strasse 2-4 _____
                   *Number*                *Street*

                   Bad Homburg                           61352
                   *City*               *State*          *Zip*

(2) If applicant is a business, identify type (check box), and if applicable, state and date of organization:

MA SOC  Registration Number: 74460   Date: 11/03/2011

☐ corporation    ☑ limited liability company    ☐ limited partnership    ☐ partnership    ☐ sole proprietor

☐ other _____
              *(indicate entity type)*

a) State of incorporation or organization: __Germany__    b) Date of incorporation or organization: __09/20/2006__

(3) If applicant is a partnership, state the names of the general partners:

e110ha3 10/20/06

(4) Applicant is seeking to register (check box):

☑ Trademark     ☐ Service Mark

(5) The mark is (complete one of the following):

  a) Words only - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):
  NEW CENTURY SCHOOLBOOK

  b) Design Only - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

  c) Words and Design - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

(6) Describe briefly the goods or services used in connection with the mark:

  Computer software for use in displaying and printing digital typeface designs, fonts and typographic ornaments.

(7) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
*(An application may include multiple classes)*

  09

(8) Describe briefly how the mark is used in connection with such goods or services:

  a) The mark is used by displaying it (check box):

  ☑ on documents, wrappers, or articles delivered with the goods
  ☐ in advertisements of the services
  ☐ in connection with the services rendered
  ☑ other

  b) If other, describe briefly how the mark is used:

  on website from which software is purchased

(9) The trademark or service-mark has been used by the applicant, or the applicant's predecessor in business, since ___12/31/1992___ and in the Commonwealth of Massachusetts since ___12/31/2005___.
(month, day, year)                                                                                                                    (month, day, year)
(If first use of the mark anywhere was in Massachusetts, use the same date for both.).

(10) a) Has the applicant or predecessor in interest filed an application for the same mark or portions of the same mark with the U.S. Patent and Trademark Office? ☑ Yes ☐ No

b) If yes, for each application, provide (using additional pages if necessary):

Filing date ___07/05/2005___ and serial number ___78/663604___.
(month, day, year)

c) What is the status of the application (check box)?    ☐ awaiting examination    ☐ refusal (office action) issued
                                                          ☐ approved for publication  ☑ registered
                                                          ☐ abandoned/withdrawn

d) If finally refused, or not resulted in a registration, give reason: _____

(11) Attach a sample showing the mark as actively used. The sample specimen may not be larger than 3" x 3".

New Century Schoolbook®

The applicant is the owner of the mark. The mark is in use, and, to the knowledge of the person verifying the application, no other person has registered, either federally or in this state, or has the right to use such mark either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive.

I, ___Jan Kaestner, European Counsel___, state that I am the applicant or a lawfully authorized
(Name of Applicant / Authorized Representative)

representative of the applicant and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: ___November 3, 2011___
(Month, Day, Year)

Signature: _____

MA SOC   Registration Number: 74460   Date: 11/03/2011

# COMMONWEALTH OF MASSACHUSETTS
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
## Trademark / Service Mark Application
(General Laws Chapter 110H)

Registered with

*[signature: William Francis Galvin]*

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*
on:

November 03, 2011

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108