# EXHIBIT I




**(800) 328-0304**

### About Type Styles

Typestyles immediately set a feel for your business. Our formats let you specify a style for your company name. Please be sure to indicate which font you would like from the list below, or your name will appear as shown on the sample on the format selection page. All typefaces shown for your company name are available as all upper case or upper/lower case.

**Note:** All other information on your product (address, city, state, slogan, etc.) will be printed as shown on the format selection page.

| | |
|---|---|
| Avant Garde | *Lucia* |
| BAUHAUS MEDIUM | *Lydian Cursive* |
| *Brush Script* | **POSTER BODONI** |
| Century Schoolbook | **SQUARE 721 BOLD** |
| **Century Schoolbook Bold** | Swiss 721 Medium |
| COPPERPLATE GOTHIC | *SWISS 721 ITALIC* |
| Engravers Old English | **SWISS 721 BOLD** |
| Exotic Demi Bold | University Roman |
| Kabel Medium | **ZAPF HUMANIST BOLD** |

[ Close ]