UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MONOTYPE IMAGING, INC.; LINOTYPE GMBH; AND INTERNATIONAL TYPEFACE CORPORATION,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>DELUXE CORPORATION,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 1:11-cv-11985-NMG |

**STIPULATED DISMISSAL**

Plaintiffs/Counterclaim Defendants Monotype Imaging, Inc., Linotype GmbH, and International Typeface Corporation and Defendant/Counterclaim Plaintiff Deluxe Corporation hereby stipulate as follows:

Each party hereby voluntarily dismisses with prejudice any and all of its claims and counterclaims against the other party or parties raised in this action, without any right to appeal. The parties further agree that each party shall bear its own fees and costs incurred in this action. This stipulation is effective upon signature of counsel.

****

IT IS SO STIPULATED:

| MONOTYPE IMAGING, INC.; LINOTYPE GmbH; and INTERNATIONAL TYPEFACE CORPORATION | DELUXE CORPORATION |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Mark S. Puzella<br>Mark S. Puzella (BBO No. 664850)<br>R. David Hosp (BBO No. 634091)<br>Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109-2881<br>Telephone: 617-570-1000<br>Fax: 617-523-1231<br>mpuzella@goodwinprocter.com<br>dhosp@goodwinprocter.com | /s/ Julia Huston<br>Julia Huston (BBO #562160)<br>Jenevieve J. Maerker (BBO #670266)<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>Telephone: 617-832-1000<br>Fax: 617-832-7000<br>jhuston@foleyhoag.com<br>jmaerker@foleyhoag.com |

Dated: August 30, 2012

## CERTIFICATE OF SERVICE

I, Mark S. Puzella, hereby certify that this document filed through the CM/ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be mailed to non-registered participants via first class mail, postage prepaid on August 30, 2012.

/s/ Mark S. Puzella

B4035041v1